**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Gabriel Fettig, | ) |
|             Plaintiff, | ) **ORDER FOR MID-DISCOVERY** |
| | ) **STATUS CONFERENCE** |
| v. | ) |
| | ) |
| PetroShale (US), Inc.; Uintah Engineering & Land Surveying, | ) Case No. 1:24-cv-00018 |
| | ) |
|             Defendants. | ) |

**IT IS ORDERED**:

A mid-discovery status conference will be held on August 16, 2024, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 11th day of March, 2024.

                                                                */s/ Clare R. Hochhalter*
                                                                 Clare R. Hochhalter, Magistrate Judge
                                                                 United States District Court