IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Gabriel Fettig, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| PetroShale (US), Inc., Uintah Engineering & Land Surveying, | ) | Case No. 1:24-cv-018 |
| | ) | |
| Defendants. | ) | |

On December 4, 2024, the Parties filed a "Stipulation of Dismissal." (Doc. No. 26). The court **ADOPTS** the Parties' stipulation (Doc. No. 26). This action is **DISMISSED** with prejudice, with each party to bear its own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated this 5th day of December, 2024.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court